PER CURIAM.
Affirmed. See Rosenblatt v. Baer, 383 U.S. 75, 86 S.Ct. 669, 15 L.Ed.2d 597 (1966); New York Times Co. v. Sullivan, 376 U.S. 254, 271-280, 84 S.Ct. 710, 11 L.Ed.2d 686 (1964); Demby v. English, 667 So.2d 350 (Fla. 1st DCA 1995); Pullum v. Johnson, 647 So.2d 254 (Fla. 1st DCA 1994), rev. denied, 654 So.2d 919 (1995); Saro Corp. v. Waterman Broadcasting Corp., 595 So.2d 87 (Fla. 2d DCA 1992); Cronley v. Pensacola News-Journal, Inc., 561 So.2d 402 (Fla. 1st DCA 1990); Della-Donna v. Gore Newspapers Co., 489 So.2d 72 (Fla. 4th DCA 1986), rev. denied, 494 So.2d 1150 (Fla.1986), cert. denied 479 U.S. 1088, 107 S.Ct. 1294, 94 L.Ed.2d 150 (1987).